Douglas B. Provencher (77823)
PROVENCHER & FLATT LLP
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Proposed attorneys for Linda S. Green, Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

**HARVEY ROBERT KLYCE,**

Debtor.

Case No. 19-30207

Chapter 7

**APPLICATION TO EMPLOY DOUGLAS B. PROVENCHER AS ATTORNEY FOR TRUSTEE; DECLARATION OF DOUGLAS B. PROVENCHER; CERTIFICATE OF SERVICE**

Linda S. Green, the duly appointed Chapter 7 trustee in this case represents:

1. She is the Chapter 7 trustee in this case.

2. That the trustee wishes to employ Douglas B. Provencher of Provencher & Flatt, LLP as the trustee's attorney under a general retainer pursuant to 11 USC § 327 and F.R.B.P 2014. The attorneys are experienced in bankruptcy matters and well qualified to represent the applicant in these proceedings.

3. The trustee seeks the attorney's assistance in this case to assist in the potential recovery of assets that may be property of the estate and for other matters that may arise in this case.

4. Since legal services are required, the trustee wishes to employ Douglas B. Provencher of Provencher & Flatt, LLP as counsel to represent the trustee in this matter effective as of the Bankruptcy Petition filing date.

5. The trustee has made diligent inquiry into the connection of the attorney and to

1

the best of the trustee's knowledge, none of the proposed attorneys hold or represent any interest that is adverse to the estate or the trustee in this case and that the proposed attorney has no connections with the debtor, the known creditors of the debtor or any other party in interest, their respective counsel or accountants, the Office of the United States Trustee or any person employed in the Office of the United States Trustee, other than as disclosed in the Declaration of Douglas B. Provencher accompanying this application. To the best of the trustee's knowledge Douglas B. Provencher and Provencher & Flatt, LLP are disinterested persons as defined in Title 11 of the United States Code sections 101(14) and 327(a).

6. The trustee confirms that the trustee has no separate employment agreement with the proposed attorney and that this application contains the terms of the professional's agreement regarding this employment.

Wherefore, the trustee requests that the trustee be authorized to employ Douglas B. Provencher of Provencher & Flatt, LLP as the trustee's counsel in this matter.

Dated: March 29, 2019

s/ *Linda S. Green*
Linda S. Green, Trustee

## Declaration of Douglas B. Provencher

I, Douglas B. Provencher, declare:

1. I am an attorney admitted to practice in California and before this Court.

2. I am certified by the California State Bar in Bankruptcy Matters.

3. The Chapter 7 trustee, Linda S. Green, has requested that I represent her in this Chapter 7 case to assist the trustee in determining if certain property is property of the estate and, if so, in recovering the property or its value for the estate.

4. I have reviewed the debtors' list of creditors and I have no connections with any of the creditors.

5. To the best of my knowledge neither I nor Provencher & Flatt, LLP hold or represent any interest that is adverse to the estate or the trustee in this case and that the proposed attorney has no connections with the debtor except as set forth above in paragraph 4, the known creditors of the debtor or any other party in interest, their respective counsel or accountants, the Office of the United States Trustee or any person employed in the Office of the United States Trustee, other than as disclosed in this Declaration. I believe that I and Provencher & Flatt, LLP are disinterested persons as defined in 11 USC §§ 101(145) and 327(a).

6. The current hourly rate I charge in bankruptcy matters is $510 per hour. I am the attorney who will work on this matter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed on March 29, 2019 at Santa Rosa, California.

                                              s/ *Douglas B. Provencher*
                                              Douglas B. Provencher (77823)

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years and not a party to this action. My business address is 823 Sonoma Avenue, Santa Rosa, CA 95404.

I served a true and correct copy of this document by transmitting copies via email at Santa Rosa, California on the date show below addressed as shown below.

I make this declaration under penalty of perjury of the laws of the State of California and that the foregoing is true and correct.

Signed on April 1, 2019

                                                    s/ *Douglas B. Provencher*
                                                  Douglas B. Provencher (77823)

Office of the United States Trustee
450 Golden Gate #05-0153
San Francisco, CA 94102
USTPRegion17.sf.ecf@usdoj.gov